# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Dennis L. | USDC, WDNC | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge, full | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse Building
100 Otis Street, Room 302
Asheville, NC 28801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Howell, Dennis L. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2012 | Dennis L. Howell, P.A., Attorney at Law | $4,538.03 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Craven Moot Court Competition , University of North Carolina School of Law | 2/24/12 - 2/25/12 | UNC, Chapel Hill, NC | preside as moot court judge | room and two meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dennis L. Howell SEP/Wealth Advisors Group | E | Dividend | M | T | | | | | |
| 2. Wealth Advisor Group - IRA #1 | G | Dividend | O | T | | | | | |
| 3. Wealth Advisor Group - IRA #2 | D | Dividend | M | T | | | | | |
| 4. Redeemed | | | | | | | | | |
| 5. Wells Fargo Bank | A | Interest | L | T | | | | | |
| 6. Rental Property #1 Burnsville, NC | D | Rent | M | S | | | | | |
| 7. Rental Property #2 Burnsville, NC | | None | O | S | | | | | |
| 8. Rental Property #3 Burnsville, NC | | None | K | S | | | | | |
| 9. Southern Farm Bureau life insurance | B | Interest | K | T | | | | | |
| 10. Dennis L. Howell, P.A. | | None | J | U | | | | | |
| 11. Redeemed | | | | | | | | | |
| 12. TD Bank formerly known as Carolina First bank | A | Interest | J | T | | | | | |
| 13. Redeemed | | | | | | | | | |
| 14. First Citizen Investors Services (x) | | | | | | | | | |
| 15. -Buncombe Cnty NC CTFS PARTN | B | Interest | K | T | | | | | |
| 16. -North Carolina ST Pub IMPT-SEVA | B | Interest | K | T | | | | | |
| 17. -Orange Cnty, NC CTFS Partin Pub Impts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -University NC SYS Pod Rev RFD G-SERB | A | Interest | K | T | | | | | |
| 19.  -University NC Charlotte Rev | A | Interest | K | T | | | | | |
| 20.  UBS Financial Services, Inc. | | | | | | | | | |
| 21.  -Anika Therapeutics, Inc. ANIK | | None | | | Sold | 04/13/12 | K | B | |
| 22.  -First Horizon Nat'l Corp. FHN | A | Dividend | J | T | | | | | |
| 23.  -Jefferson Bank Shares, Inc. JBFI | | None | J | T | | | | | |
| 24.  -Blackrock Muniholdings Quality Fund, Inc. MUS | B | Interest | L | T | | | | | |
| 25.  -Blackrock Muniyield Quality Fund III, Inc. MYI | A | Interest | L | T | | | | | |
| 26.  -Blackrock Muniyield Quality Fund, Inc. CLB, MQY | C | Interest | L | T | | | | | |
| 27.  -Blackrock Muniyield Quality Fund II, Inc. MQT | B | Interest | K | T | | | | | |
| 28.  -Eaton Vance Tax Advantage Globel Dividend Fund ETG | B | Interest | L | T | | | | | |
| 29.  UBS Cash Deposit Fund | | None | N | T | | | | | |
| 30.  UBS (x) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

(1) In regard to the Dennis L. Howell SEP, the filer does not control the selection of assests held by Wealth Advisors Group LLC.  Wealth Advisors Group LLC's funds are a pooled investment plan for many investors and employees.

(2) IRA #1 - The filer does not control the selection of assets held in this asset by Wealth Advisors Group LLC.  Wealth Advisors Group LLC has a pooled investment plan for many investors and employees.  There was deposited into this IRA the filer's vested portion of the Dennis L. Howell Profit Sharing Plan.  This was done in September of 2006.

(3) IRA #2 - The filer does not control the selection of assets held in this asset by Wealth Advisors Group LLC.  Wealth Advisors Group LLC has a pooled investment plan for many investors and employees.                                        .                            vested portion of the assets of the Dennis L. Howell Profit Sharing Plan was transferred to this account in September 2006.

(6) Rental #1 - In regard to this rental property, this property's value is based upon the tax valuation as assessed by the Yancey County Tax Collector.  The last assessment was performed in the year 2008.   The assessed value is at 100%  of the fair market value which would make the total fair market value of this property $180,360.

(7) Rental Property #2 - In regard to this property, this property's value is based upon tax valuation as assessed by the Yancey County Tax Collector.  The last assessment was performed in the year 2008.  Rent is not received concerning this property.  The assessed value is at 100%  of the fair market value which would make the total fair market value of this property $160,000.

(8) Rental Property #3 - In regard to this property, this property's value is based upon tax valuation as assessed by the Yancey County Tax Collector.  The last assessment was performed in the year 2008.  This property is investment property.  No rental income is received from this property.   The assessed value is at 100% of the fair market value which would make the total fair market                value of this property at $20,136.

(10)  Dennis L. Howell, P.A. - This investment is included at book value.  This is professional association.  Its assets consist of computers and business equipment.  The filer is the sole stockholder and director and is president of this professional association.

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 05/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis L. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544